# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Sea-Land Service, Inc.,
    Plaintiff,
       v.                                    **CASE NUMBER:** 98-2041 (HL)
Ganaderos Alvarado, Inc.,
    Defendant.

| MOTION |
|---|

Date Filed:10/29/99    Docket #11    [x] Plffs [] Defts
Title: Motion for Withdrawal of Legal Representation
Opp'n Filed:    Docket #

| ORDER |
|---|

Granted.  All further notifications shall be sent to
    Enrique Peral
    Munoz Boneta Gonzalez Arbona Benitez Peral
    P.O. Box 191979
    San Juan, PR 00919-1979

Date  11-04-99    **HECTOR M. LAFFITTE**
    **Chief U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |



